## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **Alexander Harrison West,**<br><br>                    **Plaintiff,**<br>v.<br><br>**The Kroger Co.,**<br><br>                    **Defendant.** | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND**<br><br>**Case No. 1:26-cv-100 DBP**<br><br>**Magistrate Judge Dustin B. Pead** |

This matter is before the court on pro se Plaintiff Alexander Harrison West's Motion to Amend Complaint.[1] Under the Federal Rules the "court should freely give leave [to amend] when justice so requires."[2] Plaintiff seeks leave to amend because he "forgot to add some important information related to the complaint."[3]

On August 5, 2026, the court ordered Plaintiff to file an Amended Complaint. Based on that order, Federal Rule 15, and Plaintiff's pro se status, the court GRANTS Plaintiff's Motion for leave to file a second amended complaint. The court will screen the Second Amended Complaint under 28 U.S.C. § 1915(e) and Local Civil Rule DUCivR 3-2(b) in due course.

        IT IS SO ORDERED.

---

[1] ECF No. 13.

[2] Fed. R. Civ. P. 15(a)(2).

[3] Motion at 1.

DATED this 12 August 2026.

_____
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah